Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66956.—Seedman International Corp. *v.* United States, protests 61/9027, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66957.—Daido Corp. *v.* United States, protests 60/13220, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 66958.—R. J. Saunders & Co., Inc. *v.* United States, protests 62/1731 and 62/2705 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of liquid air engines similar in all material respects to those the subject of Abstract 66095, the claim of the plaintiff was sustained.